■ ANGELINE CZECH et al., Appellants, v SCHENECTADY TRUST COMPANY, Respondent. — Appeal from an order of the Supreme Court at Special Term (Viscardi, J.), entered August 31, 1983 in Schenectady County, which, *inter alia,* granted defendant's cross motion for summary judgment dismissing the complaint and denied plaintiffs' cross motion to amend the complaint.

Order affirmed, with costs, upon the opinion of Justice Dominick J. Viscardi at Special Term. Main, J. P., Casey, Mikoll, Levine and Harvey, JJ., concur.